L. O. LINEBERGER v. COLONIAL ICE COMPANY, INC.; ADAMS ICE & COAL CO., INC.; MONTBELL ICE & FUEL CO., INC.; CHERRYVILLE ICE & FUEL CO., INC., AND MRS. T. V. LINEBERGER, MRS. C. C. CROWELL, MRS. W. S. LANDER, MRS. D. C. LEONARD, JR., MRS. BRYAN DELLINGER AND BRYAN DELLINGER, A PARTNERSHIP, TRADING UNDER THE FIRM NAME OF LINCOLNTON ICE & FUEL CO., AND R. H. ADAMS, PERSONALLY.

(Filed 26 November, 1941.)

**Conspiracy § 3: Monopolies § 2—**

A complaint alleging that defendants conspired and agreed not to sell plaintiff ice, and that as a result thereof plaintiff's business was ruined, fails to state a cause of action, and defendants' demurrer thereto should have been sustained, C. S., 2559, *et seq.*, not being applicable.

APPEAL by defendants from *Nettles, J.,* at July-August Term, 1941, of GASTON. Reversed.

Civil action to recover damages resulting from an alleged unlawful combination in restraint of trade.

Plaintiff alleges that he is or has been engaged in the retail ice business in Gaston County; that defendants are engaged in the manufacture of ice for sale in the same territory; that his contract with the Colonial Ice Company, under which he obtained ice at wholesale for sale at retail, having expired, the defendants conspired and agreed not to sell ice to the plaintiff; that by reason of such unlawful combination he is unable to obtain ice economically and at a price which will enable him to conduct his business at a profit; and that as a result thereof his business has been ruined and destroyed.

The defendants demurred to the complaint for that it does not state facts sufficient to constitute a cause of action. In their demurrer they set out with particularity wherein the complaint is deficient.

When the cause came on to be heard the judge below overruled the demurrer and the defendants excepted and appealed.

*W. H. Sanders and S. J. Durham for plaintiff, appellee.*

*Cherry & Hollowell for Colonial Ice Co., Inc.; H. B. Gaston for Montbell Ice & Fuel Co., Inc.; O. F. Mason, Jr., for Adams Ice & Coal Co., Inc., and R. H. Adams, personally; and G. B. Mason for Cherryville Ice & Fuel Co., Inc., and Lincolnton Ice & Fuel Co., appellants.*

PER CURIAM. This action involves a controversy of a private nature between plaintiff and the defendants. No public interest is involved. Hence, C. S., 2559, *et seq.,* have no application. *McNeill v. Hall, ante,* 73, and *Rice v. Asheville Ice Co.,* 204 N. C., 768, 169 S. E., 707, are controlling. The judgment below is

Reversed.